# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

DR. VIOLETA P.             §
                           §

v.                                 §         CIVIL ACTION NO. 3:26-CV-0325-S-BV
                           §

FRANK BISIGNANO, Commissioner of    §
Social Security                  §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that:

1. Defendant's Motion to Dismiss [ECF No. 13] is **GRANTED** for lack of subject matter jurisdiction.

2. Plaintiff's Motion to Proceed *in Forma Pauperis* [ECF No. 4] is **DENIED AS MOOT**.

3. Plaintiff's Motion for a Hearing [ECF No. 7] is **DENIED AS MOOT**.

**SO ORDERED.**

SIGNED July 22, 2026.

_____
**UNITED STATES DISTRICT JUDGE**